FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, Respondent, v. JAMES D. CLIFFORD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

LEON COHEN and Another, Appellants, v. MEYER SHERIFF and Another, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within ten days from service of order, upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Finch and McAvoy, JJ.

RETORNO COMPANY, INC., Respondent, v. DOLLAN CONTRACTING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

NATHAN ASHKENAS, Respondent, v. LOUIS MEYERS and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

WILLIAM H. COVERDALE and Another, Respondents, v. MARY VAN DERVEER DAVIS, as Sole Executrix, etc., of FRANK H. DAVIS, Deceased, and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

THE GUARANTY COMPANY OF MARYLAND, Respondent, v. JOHN FENNING, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

BRESCIA CONSTRUCTION COMPANY, Respondent, v. STONE MASONS CONTRACTORS ASSOCIATION, by THOMAS KENNEDY, as President, and Others, Impleaded with LOUIS MAZZOLA, Individually and as President, etc., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY MORGENSTERN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith and Martin, JJ.

H. J. BUTLER & BRO., INC., Respondent, v. CHARLES LEVY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

TONY GAMBALO, an Infant, by IDA GAMBALO, His Guardian ad Litem, Respondent, v. MOTT HAVEN REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

ANNIE SEILER, Respondent, v. ADOLPH G. SEILER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

OAKLEY MYERS, Respondent, v. HENRY M. SEELY, Appellant, and ELLA M. MYERS, Defendant, as Administrators, etc., of GEORGIANNA or GEORGIA BRUNDAGE, Deceased.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.